Case: 1:23-mj-00084
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 04/20/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On April 17, 2023, at approximately 8:50 p.m., members of the Metropolitan Police Department's ("MPD") Violent Crime Impact Team were patrolling Southeast, Washington, D.C. Your Affiant was traveling westbound on Good Hope Road SE and heard what sounded like gunshots nearby.[1] Your Affiant and other officers drove toward the suspected location of the gunshots. Within a minute of hearing the gunshots, your Affiant exited his vehicle in the area of the intersection of 16th Street SE and U Street SE.

As officers walked down the sidewalk on the 1500 block of U Street SE, your Affiant saw several individuals. One of the individuals, subsequently identified as Samuel ROACH (DOB: xx/xx/xxxx), was standing next to a silver Hyundai sedan. ROACH appeared to notice the officers who were walking down the block. Your Affiant saw ROACH then reach into the floorboard area of the front passenger seat of the Hyundai and appear to put down an object, close the door, and walk toward your Affiant. At that point, your Affiant repeatedly asked ROACH what he had put inside the vehicle, and ROACH stated "nothing" several times. Another officer then went to the Hyundai, looked through the vehicle's windows, and saw a firearm on the floorboard in the same area where officers previously observed ROACH placing an object. ROACH was detained and placed under arrest. ROACH then said that he did not throw anything into the vehicle. At the time of his arrest, another officer noticed that ROACH was bleeding from his right ring finger. ROACH acknowledged the bleeding by stating that he had hurt his finger during a fall when gunshots were fired.

As officers, including your Affiant, initially approached ROACH and observed him placing an object on the floorboard of the passenger's side of the vehicle, officers also observed a female ("S-1"), exit the driver's side of the Hyundai and close the door. She began walking away from the vehicle, but an officer detained her. S-1 had a key to the vehicle and claimed to own the key.[2] While he and S-1 were detained near the Hyundai, ROACH spontaneously stated that S-1 had not done anything.

From the front passenger floorboard of the Hyundai, MPD recovered a black, .40 caliber, Glock 22 pistol, bearing serial number CPT886. The pistol had one .40 caliber round in the chamber and seven .40 caliber rounds in the magazine. The magazine had a marked capacity of fifteen rounds, leaving space for up to eight additional rounds. The firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, had a barrel length of less than twelve inches, and appeared capable of being fired by use of a single hand. A further examination of the firearm revealed what appeared to be dried blood on the grip of the firearm.

---

[1] ShotSpotter gunfire location data later reported that eighteen rounds had been fired at 1928 15th Street SE, which is at the intersection of 15th Street SE and U Street SE.

[2] The Hyundai displayed an expired Virginia temporary tag. However, this temporary tag in the vehicle was for a Honda that was not registered to ROACH or S-1.

A photo of where the firearm was recovered from is depicted below left and a photo of the seized firearm with suspected dried blood is depicted below right:



During a search of the vehicle, officers seized an additional firearm from inside the center console. This firearm was a black and teal, 9mm, Taurus G2C pistol, bearing serial number TMC81716. The firearm had one round of 9mm ammunition in the chamber and twelve rounds of 9mm ammunition in the magazine, which had a marked capacity of twelve rounds. The firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, had a barrel length of less than twelve inches, and appeared capable of being fired by use of a single hand. A photo of the second firearm recovered is below:



During their investigation, officers also searched the immediate area surrounding the silver Hyundai and around the intersection of 15th Street SE and U Street SE. From the area, officers seized several spent 9mm and .40 caliber shell casings from the road, which are consistent with the caliber of firearm ammunition contained in the two firearms seized from the Hyundai.

A criminal records check reveals that ROACH was previously convicted of Robbery in D.C. Superior Court case number 2016 CF3 012065, and sentenced to 30 months of incarceration under the Youth Rehabilitation Act ("YRA").[3] Therefore, ROACH would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by a term of imprisonment of more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, I submit that there is probable cause to believe that ROACH violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
INVESTIGATOR WAYNE DAVID, BADGE #IV1920
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this* 20th *day of April, 2023.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

---

[3] This conviction was not set aside under the YRA.